IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Bankers Insurance Company, | : | CIVIL ACTION |
| | : | NO. 19-1096 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Out of Site Infrastructure, Inc., et al., | : | |
| | : | |
| Defendants. | : | |

**FILED**
JUN 20 2019
KATE BARKMAN, Clerk
By \_\_\_\_ Dep. Clerk

## JUDGMENT

**AND NOW**, this **20th** day of **June, 2019**, it is hereby **ORDERED** that **JUDGMENT** is **ENTERED** in favor of Plaintiff Bankers Insurance Company and against Defendants Out of Site Infrastructure, Inc., Sophia Verna, LLC t/a Verna & Associates, Paul Verna and Maria Verna, jointly and severally in the amount of $215,000.

AND IT IS SO ORDERED.

EDUARDO C. ROBRENO, J.

RECEIVED
AUG 1 2 2019
AT 8:30 \_\_\_\_ M
WILLIAM T. WALSH CLERK

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: AUG - 2 2019
ATTEST: Steve Tomas
DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

6/20/19 -
Emailed